# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00261-LDG |
| v. | **ORDER** |
| JOSE MANUEL AVILES, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Fine Suspension or to Defer Payment Plan (#80) is DENIED.

DATED this _4_ day of February, 2015.

_____
Lloyd D. George
United States District Judge